## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BLAKE OF CHICAGO COMPANY, *et al.,* | § | Case No.  04-12002 |
| | § | (Jointly Administered) |
| Debtors. | § | |

_____

| | | |
|---|---|---|
| A.B. DICK COMPANY and | § | |
| PARAGON CORPORATE HOLDINGS, INC., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 05-CV-00116-KAJ |
| v. | § | |
| | § | |
| MHR CAPITAL PARTNERS, L.P., | § | |
| MHR INSTITUTIONAL PARTNERS, L.P., | § | |
| MHRM, L.P., and MHR FUND | § | |
| MANAGEMENT LLC, | § | |
| | § | |
| Defendants. | § | |

_____

| | |
|---|---|
| MHR CAPITAL PARTNERS, L.P., | § |
| MHR INSTITUTIONAL PARTNERS, L.P., | § |
| and MHRM, L.P., | § |
| | § |
| Third Party Plaintiffs, | § |
| | § |
| v. | § |
| | § |
| N.E.S. INVESTMENT COMPANY, *et al.,* | § |
| | § |
| Third Party Defendants. | § |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 20th day of July, 2005, I caused to be served one copy of *Plaintiffs' Memorandum in Opposition to MHR Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment on Counts II and III of the Amended Complaint* upon the parties listed below, by First Class Mail, postage prepaid:

14208

Richard S. Cobb, Esquire
Megan Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

David B. Stratton, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, DE 19801

James Carignan, Esquire
Pepper Hamilton LLP
1313 Market Street
Wilmington, DE 19801

Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
Wilmington, DE 19801

Michael M. Fay, Esquire
David S. Rosner, Esquire
Kasowtiz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019

John D. Parker, Esquire
Brett A. Wall, Esquire
Baker & Hostetler LLP
1900 E. 9th Street
3200 National City Center
Cleveland, OH 44114

Raymond H. Lemisch, Esquire
Adelman Lavine Gold & Levin
919 Market Street, Suite 710
Wilmington, DE 19801

Philip Trainer, Jr., Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**JASPAN SCHLESINGER HOFFMAN LLP**

By:     /s/ Frederick B. Rosner
        Frederick B. Rosner (No. 3995)
        913 Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone:  (302) 351-8000
        Facsimile:  (302) 351-8010

        Delaware Counsel for Plaintiff

14208                                   2