IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 04-12002 (JLP)<br>Bankr. Adv. No. 05-54141<br>Jointly Administered |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MHR CAPITAL PARTNERS LP,<br>MHR INSTITUTIONAL PARTNERS LP,<br>MHRM LP and MHR FUND MANAGEMENT LLC,<br><br>Defendants. | Civ. Action No. 05-00116-KAJ |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, and MHRM LP,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>N.E.S. INVESTMENT COMPANY; ROBERT J. TOMSICH; JOHN H. FOUNTAIN; A. KEITH DREWETT; JOHN R. TOMSICH; FRANK D. ZAFFINO; GREGORY T. KNIPP; JAMES W. WERT; JOHN KAHL, JR.; DONALD HASTINGS; BROWN GIBBONS, LAND & COMPANY, L.P.; and SQUIRE, SANDERS & DEMPSEY L.L.P.,<br><br>Third-Party Defendants. | Civil Action No. 05-00115-KAJ |

**STIPULATION AND ORDER STAYING MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, AND MHRM LP'S (THE "THIRD-PARTY PLAINTIFFS") THIRD-PARTY ACTION AND EXTENDING THE TIME WITHIN WHICH THE THIRD-PARTY PLAINTIFFS MUST RESPOND TO CERTAIN MOTIONS FILED BY THE THIRD-PARTY DEFENDANTS OR, IN THE ALTERNATIVE, DISMISSING THE THIRD-PARTY ACTION**

The parties hereto hereby stipulate and agree that the third-party action commenced by MHR Capital Partners LP, MHR Institutional Partners LP, and MHRM LP against N.E.S. Investment Company, Robert J. Tomsich, John H. Fountain, A. Keith Drewett, John R. Tomsich, Frank D. Zaffino, Gregory T. Knipp, James W. Wert, John Kahl, Jr., Donald Hastings, Brown Gibbons, Land & Company, L.P., and Squire, Sanders & Dempsey L.L.P. [Bankr. Adv. Docket No. 7] is stayed, including all discovery to be undertaken in support of or in opposition to the claims alleged in that action, pending the entry of a final, non-appealable order with respect to Blake of Chicago Corp. (formerly A.B. Dick Company) and Paragon Corporate Holdings, Inc.'s (collectively, the "Debtors") recharacterization claim against MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC (the "recharacterization claim") [Bankr. Adv. Docket No. 1].

The parties hereto further stipulate and agree that if the recharacterization claim is decided in the Debtors' favor, MHR Capital Partners LP, MHR Institutional Partners LP, and MHRM LP shall have thirty (30) days from the date of a final, non-appealable order with respect to the Debtors' recharacterization claim to respond to the following motions filed by the third-party defendants:

- N.E.S. Investment Company's Motion to Dismiss [Bankr. Adv. Docket No. 31]
    - Brief In Support of N.E.S. Investment Company's Motion to Dismiss [Bankr. Adv. Docket No. 33]

2

- Joint Motion of All Third-Party Defendants To Dismiss or, in the Alternative, to Transfer Venue [Bankr. Adv. Docket No. 32]

- Third Party Defendants Robert J. Tomsich, John H. Fountain, John R. Tomsich, Frank D. Zaffino, Gregory T. Knipp, James W. Wert, Donald Hastings, and John Kahl Jr.'s Motion to Dismiss [Bankr. Adv. Docket No. 35]

- Third Party Defendants Squire, Sanders & Dempsey, L.L.P. and Brown, Gibbons, Lang & Company, L.P.'s Motion to Dismiss [Bankr. Adv. Docket No. 36]

    - Third Party Defendants Squire, Sanders & Dempsey, L.L.P. and Brown, Gibbons, Lang & Company, L.P.'s Brief in Support of Their Motion to Dismiss [Bankr. Adv. Docket No. 37]

MHR Capital Partners LP, MHR Institutional Partners LP, and MHRM LP further stipulate and agree to voluntarily discontinue the third-party action [Bankr. Adv. Docket No. 7] with prejudice if the recharacterization claim is decided against the Debtors.

| KAZOWITZ, BENSON, TORRES & FRIEDMAN, LLP | LANDIS RATH & COBB LLP |
|---|---|
| /s/ Noelle Kowalczyk<br>Noelle Kowalczyk<br>1633 Broadway<br>New York, NY 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 | /s/ Kerri Mumford<br>Richard S. Cobb (ID No. 3157)<br>Kerri K. Mumford (ID No. 4186)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>Counsel to Third Party Plaintiffs MHR Capital Partners, LP, MHR Institutional Partners, LP and MHRM LP |

| **JONES DAY** | **CONNOLLY BOVE LODGE & HUTZ LLP** |
|---|---|
| Jeffrey D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No. 4445)<br>1002 N. Orange Street, 9th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br> /s/ Charles W. Zepp <br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN**<br><br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP**<br><br>David B. Stratton (ID No. 960)<br>James C. Carignan (ID No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>Counsel for Third Party Defendant N.E.S. Investment Company |

| JONES DAY | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| */s/ Jeffrey D. Ubersax* <br> Jeffrey D. Ubersax <br> North Point, 901 Lakeside Avenue <br> Cleveland, OH 44114 <br> Telephone: (216) 586-3939 <br> Facsimile: (216) 579-0212 | Jeffrey C. Wisler (ID No. 2795) <br> Marc J. Phillips (ID No. 4445) <br> 1002 N. Orange Street, 9th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 658-9141 <br> Facsimile: (302) 658-0380 <br><br> Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
| **PORTER WRIGHT MORRIS & ARTHUR LLP** <br><br> Hugh E. McKay <br> Charles W. Zepp <br> 925 Euclid Avenue, Suite 1700 <br> Cleveland, OH 44115 <br> Telephone: (216) 443-9000 <br> Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN** <br><br> Ray Lemisch (ID No. 4204) <br> 919 Market Street, Suite 710 <br> Wilmington, DE 19801 <br> Telephone: (302) 654-8200 <br><br> Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP** <br><br> John D. Parker <br> Brett A. Wall <br> James A. Slater <br> 1900 East 9th Street <br> 3200 National City Center <br> Cleveland, OH 44114 <br> Telephone: (216) 621-0200 <br> Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP** <br><br> David B. Stratton (ID No. 960) <br> James C. Carignan (ID No. 4230) <br> Hercules Plaza, Suite 5100 <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br><br> Counsel for Third Party Defendant N.E.S. Investment Company |

| | |
|---|---|
| **JONES DAY**<br><br>Jeffrey D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>*/s/*<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No. 4445)<br>1007 N. Orange Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN**<br><br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP**<br><br>David B. Stratton (ID No. 960)<br>James C. Carignan (ID No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>Counsel for Third Party Defendant N.E.S. Investment Company |

| **JONES DAY**<br><br>Jeffrey D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No. 4445)<br>1002 N. Orange Street, 9th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
|---|---|
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN** *PC*<br><br>*/s/ Ray H Lemisch/*<br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP**<br><br>David B. Stratton (ID No. 960)<br>James C. Carignan (ID No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>Counsel for Third Party Defendant N.E.S. Investment Company |

| | |
|---|---|
| **JONES DAY**<br><br>_____<br>Jeffrey D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>_____<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No. 4445)<br>1002 N. Orange Street, 9th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br>_____<br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN**<br><br>_____<br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP**<br><br>*/s/ John D. Parker*<br>_____<br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP**<br><br>_____<br>David B. Stratton (ID No. 960)<br>James C. Carignan (ID No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>Counsel for Third Party Defendant N.E.S. Investment Company |

4

| | |
|---|---|
| **JONES DAY**<br><br>_____<br>Jeffrey D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 | **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>_____<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No. 4445)<br>1002 N. Orange Street, 9th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-0380<br><br>Counsel to Third Party Defendant Brown, Gibbons, Lang & Company, LP |
| **PORTER WRIGHT MORRIS & ARTHUR LLP**<br><br>_____<br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011 | **ADELMAN LAVINE GOLD AND LEVIN**<br><br>_____<br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr. |
| **BAKER & HOSTETLER LLP**<br><br>_____<br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Facsimile: (216) 696-0740 | **PEPPER HAMILTON LLP**<br><br>*/s/ David B. Stratton*<br>_____<br>David B. Stratton (ID No. 960)<br>James C. Carignan (ID No. 4230)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br><br>Counsel for Third Party Defendant N.E.S. Investment Company |

4

| SQUIRE SANDERS & DEMPSEY, LLP | ASHBY & GEDDES |
|---|---|
| *[signature]* | *[signature]* |
| Thomas S. Kilbane<br>Joseph C. Weinstein<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780 | Lawrence C. Ashby (ID No. 468)<br>Philip Trainer, Jr. (ID No. 2788)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067<br><br>Counsel to Third-Party Defendant Squire, Sanders & Dempsey, LLP |

IT IS SO ORDERED:

_____
The Honorable Kent A. Jordan
United States District Judge

5