IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 04-12002 (JLP)<br>Bankr. Adv. No. 05-54141<br>Jointly Administered |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MHR CAPITAL PARTNERS LP,<br>MHR INSTITUTIONAL PARTNERS LP,<br>MHRM LP and MHR FUND MANAGEMENT LLC,<br><br>Defendants. | Civ. Action No. 05-00116-KAJ |
| MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, and MHRM LP,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>N.E.S. INVESTMENT COMPANY, *et al.*,<br><br>Third-Party Defendants. | Civil Action No. 05-00115-KAJ |

**STIPULATION AND AGREED ORDER EXTENDING TIME WITHIN WHICH THE MHR DEFENDANTS MAY FILE A REPLY TO PLAINTIFFS' A.B. DICK COMPANY N/K/A BLAKE OF CHICAGO CORP.'S AND PARAGON CORPORATE HOLDING, INC.'S MEMORANDUM IN OPPOSITION TO MHR DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT ON COUNTS II AND III OF THE AMENDED COMPLAINT**

The undersigned parties hereby stipulate and agree that defendants MHR Capital

Partners, LP, MHR Institutional Partners, LP, MHRM, LP, and MHR Fund Management LLC (collectively, the "MHR Defendants") shall have through and including August 15, 2005 to file their reply to Plaintiffs' A.B. Dick Company n/k/a Blake of Chicago Corp.'s and Paragon Corporate Holdings, Inc.'s Memorandum In Opposition To MHR Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment On Counts II And III Of The Amended Complaint.

AGREED TO:

| JASPAN SCHLESINGER HOFFMAN LLP | LANDIS RATH & COBB LLP |
|---|---|
| /s/ Frederick B. Rosner<br>Frederick B. Rosner (No. 3995)<br>913 Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 351-8000<br>Fax: (302) 351-8010 | /s/ Kerri K. Mumford<br>Richard S. Cobb (No. 3157)<br>Kerri K. Mumford (No. 4186)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Tel: (302) 467-4400<br>Fax: (302) 467-4450 |
| and | and |
| **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**<br>H. Jeffrey Schwartz, Esq.<br>Mark. A. Phillips<br>2300 BP Tower, 200 Public Square<br>Cleveland, OH 44114-2378<br>Tel: (216) 363-4500<br>Fax: (216) 363-4588 | **KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP**<br>David S. Rosner, Esq.<br>Michael M. Fay, Esq.<br>Kim Conroy, Esq.<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800 |
| Counsel to the Debtors and Debtors-in-Possession | Counsel to MHR Defendants |

IT IS SO ORDERED:

_____
The Honorable Kent A. Jordan
United States District Court Judge