IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 04-12002 (JLP)<br>Bankr. Adv. No. 05-54141<br>Jointly Administered |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS,<br>INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MHR CAPITAL PARTNERS LP,<br>MHR INSTITUTIONAL PARTNERS LP,<br>MHRM LP and MHR FUND<br>MANAGEMENT LLC,<br><br>Defendants. | Civ. Action No. 05-00116-KAJ |
| MHR CAPITAL PARTNERS LP, MHR<br>INSTITUTIONAL PARTNERS LP, and<br>MHRM LP,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>N.E.S. INVESTMENT COMPANY, *et al.*<br><br>Third-Party Defendants. | Civil Action No. 05-00115-KAJ |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP,

460.001-8802

MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP in the above referenced cases, and on the 25th day of July, 2005, she caused a copy of the following:

### JOINT STATEMENT

to be served upon the parties identified on the attached list in the manner as indicated.

_____
Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 25th day of July, 2005.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2007

460.001-8802

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

*By Hand Delivery*

Jeffery Scwartz, Esq.
John A. Gleason, Esq.
Michael D. Zaverton, Esq.
Benesch, Friedlander, Coplan & Arronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

*By First Class Mail*

Jeffrey D. Ubersax
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

*By First Class Mail*

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
1002 N. Orange Street, 9th Floor
Wilmington, DE 19801

*By Hand Delivery*

Charles W. Zepp
Hugh E. McKay
Charles W. Zepp
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115

*By First Class Mail*

Ray Lemisch
ADELMAN LAVINE GOLD AND LEVIN
919 Market Street, Suite 710
Wilmington, DE 19801

*By Hand Delivery*

John D. Parker
Brett A. Wall
James A. Slater
BAKER & HOSTETLER LLP
1900 East 9th Street
3200 National City Center
Cleveland, OH 44114

*By First Class Mail*

David B. Stratton
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*By Hand Delivery*

Thomas S. Kilbane
Joseph C. Weinstein
SQUIRE SANDERS & DEMPSEY, LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

*By First Class Mail*

Lawrence C. Ashby
Philip Trainer, Jr.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

*By Hand Delivery*