## TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
## U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

**Adversary Case #: 04-54141 (CGC)**
**Related Bankruptcy Case #: 04-12002 (CGC)**
**District Court Civil Action#:05-00116-(KAJ)**

| | |
|---|---|
| **Deputy Clerk Transferring Case:** | Sandra D. Jackson |
| **Case Type:** | Adversary |
| **Nature of Suit:** | (457-Subordinate Claim/Interest) |
| **Cause of Transmittal:** | (i.e. Order dated 7/6/05 __, Withdrawing the Reference to the U.S. District Court) |
| **Parties:** | **A.B. Dick Company and Paragon Corporate Holdings, Inc. v. MHR Capital Partners, L.P., MHR Institutional Partners, L.P., and MHRM, L.P. , et. al.** |

| | |
|---|---|
| **Plaintiff's Counsel:** | **Frederick B. Rosner**<br>Jaspen Schlesinger Hoffman<br>1201 North Orange Street<br>Suite1001<br>Wilmington, DE 19801<br>302-351-8000<br>Fax : 302-351-8010<br>Email: frosner@jshllp-de.com |
| **Defendant's Counsel:** | **Megan Nancy Harper**<br>Landis Rath & Cobb<br>919 Market Street<br>Suite 600<br>Wilmington, DE 19801<br>302-467-4400<br>Fax : 302-467-4450<br>Email: harper@lrclaw.com |

**3rd Party Plaintiff**

**Megan Nancy Harper**
Landis Rath & Cobb
919 Market Street
Suite 600
Wilmington, DE 19801
302-467-4400
Fax : 302-467-4450
Email: harper@lrclaw.com

**MHR Capital Partners, L.P., MHR**
**Institutional Partners, L.P., and MHRM, L.P.**

**Richard Scott Cobb**
Landis Rath & Cobb LLP
919 Market
Suite 600
Wilmington, DE 19801
usa
302-467-4400
Fax : 302-467-4450
Email: cobb@lrclaw.com

**3rd Pty Defendant**

**N.E.S. Investment Company**

**David B. Stratton**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19899-1709
usa
302-777-6500
Fax : 302-421-8390
Email: strattond@pepperlaw.com

**James C. Carignan**
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE 19801
302-777-6500
Fax : 302-421-8390
Email: carignaj@pepperlaw.com

**Robert J. Tomsich**

**David B. Stratton**
(See above for address)

**Raymond Howard Lemisch**
Adelman Lavine Gold and Levin, PC
919 N. Market Street
Suite 710
Wilmington, DE 19801
302-654-8200
Fax : 302-654-8217
Email: rlemisch@adelmanlaw.com

**1. John H. Fountain**                    represented by **David B. Stratton**
(See above for address)

**Raymond Howard Lemisch**
(See above for address)

**A. Keith Drewett**
*TERMINATED: 09/21/2004*

**John R. Tomsich**                    represented by **David B. Stratton**
(See above for address)

**Raymond Howard Lemisch**
(See above for address)

**Frank D. Zaffino**                    represented by **Raymond Howard Lemisch**
(See above for address)

**Gregory T. Knipp**                    represented by **Raymond Howard Lemisch**
(See above for address)

**James W. Wert**                    represented by **Raymond Howard Lemisch**
(See above for address)

**John Kahl, Jr.**                    represented by **Raymond Howard Lemisch**

(See above for address)

**Donald Hastings**                    represented by **Raymond Howard Lemisch**
                                       (See above for address)


**Brown, Gibbons, Lang &**             represented by **Jeffrey C. Wisler**
**Company, L.P.**                                     Connolly Bove Lodge & Hutz LLP
                                                      The Nemours Building
                                                      1007 North Orange Street
                                                      P.O. Box 2207
                                                      Wilmington, DE 19899-2207
                                                      usa
                                                      302 658-9141
                                                      Fax : 302-658-0380
                                                      Email: jwisler@cblh.com


**Squire Sanders & Dempsey L.L.P.**    represented by **Jordan A. Kroop**
                                                      Squire, Sanders & Dempsey, L.L.P.
                                                      40 North Central Avenue
                                                      Suite 2700
                                                      Phoenix, AZ 85004
                                                      302-528-4000
                                                      Fax : 602-253-8129
                                                      Email: jkroop@ssd.com


                                                      **Philip Trainer Jr.**
                                                      Ashby & Geddes
                                                      222 Delaware Avenue
                                                      17th Floor
                                                      Wilmington, DE 19899
                                                      usa
                                                      302 654-1888
                                                      Fax : 302-654-2067
                                                      Email: bankruptcy@ashby-
                                                      geddes.com

<u>Note:</u>  This is MHR's Motion to Withdraw the Reference          Cv #05-00116

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

DAVID D. BIRD
CLERK OF COURT

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2900


**Date:  July 26, 2005**

To:     Clerk of Court
        US District Court
        District of Delaware
        Wilmington, DE 19801

Re:     **Adversary Case: 04-54141(RB)**
        **Related BK Case: 04-12002 (RB)**


On July [6h] an Order was signed in the U.S. District Court, District of Delaware, Withdrawing the Reference to the United States District Court, District of Delaware. The Transmittal and Order is being sent to you in PDF format. If the remaining documents are needed, they can be submitted to you on CD upon your request..

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely

Sandra D.. Jackcson
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of ____ 2005.


By: _____
        Deputy Clerk

_____ Supervisor