IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:<br><br>BLAKE OF CHICAGO COMPANY, *et al.*,<br><br>　　　　　　Debtors. | §<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 04-12002<br>(Jointly Administered) |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MHR CAPITAL PARTNERS, L.P.,<br>MHR INSTITUTIONAL PARTNERS, L.P.,<br>MHRM, L.P., and MHR FUND<br>MANAGEMENT LLC,<br><br>　　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 05-CV-00116-KAJ |
| MHR CAPITAL PARTNERS, L.P.,<br>MHR INSTITUTIONAL PARTNERS, L.P.,<br>and MHRM, L.P.,<br><br>　　　　　　Third Party Plaintiffs,<br><br>　　v.<br><br>N.E.S. INVESTMENT COMPANY, *et al.*,<br><br>　　　　　　Third Party Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

　　Frederick B. Rosner, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission pro hac vice of Mark A. Phillips of Benesch, Friedlander, Coplan & Aronoff LLP, 2300 BP Tower, 200 Public Square, Cleveland, Ohio 44114-2378 to represent A.B. Dick Company and Paragon Corporate Holdings, Inc. in this case. The Admittee is admitted, practicing, and in good standing in the State of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Northern District of Ohio, the United States District Court for the Eastern District of Michigan, and the United States Tax Court.

#14231.1

/s/ *Frederick B. Rosner*
Frederick B. Rosner (No. 3995)
JASPAN SCHLESINGER HOFFMAN LLP
913 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone:   (302) 351-8000
Facsimile:   (302) 351 8010

The Admittee certifies that he is eligible for admission pro hac vice to this Court, is admitted to practice and in good standing in the jurisdiction shown in the paragraph above, submits to the disciplinary jurisdictions of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action, and has access to, or has acquired, a copy of the Local Rules of this Court and is generally familiar with such Rules.

Mark A. Phillips, Esquire
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
2300 BP Tower, 200 Public Square
Cleveland, OH 44114-2378
Telephone: (216) 363-4500
Facsimile: (216) 363-4588


Motion granted.

BY THE COURT:

Dated: July ___, 2005            _____
                                 United States Bankruptcy Judge


#14231.1