IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 04-12002 (JLP)<br>Bankr. Adv. No. 05-54141<br>Jointly Administered |
| A.B. DICK COMPANY and<br>PARAGON CORPORATE HOLDINGS,<br>INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MHR CAPITAL PARTNERS LP,<br>MHR INSTITUTIONAL PARTNERS LP,<br>MHRM LP and MHR FUND<br>MANAGEMENT LLC,<br><br>Defendants. | Civ. Action No. 05-00116-KAJ |
| MHR CAPITAL PARTNERS LP, MHR<br>INSTITUTIONAL PARTNERS LP, and<br>MHRM LP,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>N.E.S. INVESTMENT COMPANY, *et al.*<br><br>Third-Party Defendants. | Civil Action No. 05-00115-KAJ |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Julie L. Fielder, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP,

460.001-8802

MHR Institutional Partners LP, MHR Fund Management LLC, and MHRM LP in the above referenced cases, and on the 15th day of August, 2005, she caused a copy of the following:

**REPLY MEMORANDUM OF MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR FUND MANAGEMENT LLC IN FURTHER SUPPORT OF THEIR MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT ON, COUNTS II AND III OF THE AMENDED COMPLAINT**

to be served upon the parties identified on the attached list in the manner as indicated.

_____
Julie L. Fielder

SWORN TO AND SUBSCRIBED before me this 15th day of August, 2005.

_____
Notary Public

**BARBARA J. ROST
STATE OF DELAWARE
NOTARY PUBLIC
My Commission Expires June 14, 2006**

460.001-8802

Frederick B. Rosner, Esq.
Jaspan Schlesinger Homman
1201 North Orange Street, Suite 1001
Wilmington, DE 19801

*By Hand Delivery*

Jeffrey D. Ubersax
JONES DAY
North Point, 901 Lakeside Avenue
Cleveland, OH 44114

*By First Class Mail*

Charles W. Zepp
Hugh E. McKay
Charles W. Zepp
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115

*By First Class Mail*

John D. Parker
Brett A. Wall
James A. Slater
BAKER & HOSTETLER LLP
1900 East 9th Street
3200 National City Center
Cleveland, OH 44114

*By First Class Mail*

Thomas S. Kilbane
Joseph C. Weinstein
SQUIRE SANDERS & DEMPSEY, LLP
4900 Key Tower
127 Public Square
Cleveland, OH 44114

*By First Class Mail*

Jeffery Scwartz, Esq.
John A. Gleason, Esq.
Michael D. Zaverton, Esq.
Benesch, Friedlander, Coplan & Arronoff LLP
2300 BP Tower
200 Public Square
Cleveland, OH 44114-2378

*By First Class Mail*

Jeffrey C. Wisler
Marc J. Phillips
CONNOLLY BOVE LODGE & HUTZ LLP
1002 N. Orange Street, 9th Floor
Wilmington, DE 19801

*By Hand Delivery*

Ray Lemisch
ADELMAN LAVINE GOLD AND LEVIN
919 Market Street, Suite 710
Wilmington, DE 19801

*By Hand Delivery*

David B. Stratton
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

*By Hand Delivery*

Lawrence C. Ashby
Philip Trainer, Jr.
ASHBY & GEDDES
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

*By Hand Delivery*