IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
In re                                                          :    Chapter 11
                                                               :
BLAKE OF CHICAGO CORP., *et al.*,                              :    Case No. 04-12002 (CGC)
                                                               :
            Debtors.                                           :    Jointly Administered
---------------------------------------------------------------X
A.B. DICK COMPANY and                                          :
PARAGON CORPORATE HOLDINGS, INC.,                              :
                                                               :    Case No. 1:05-CV-00116-KAJ
            Plaintiffs,                                        :
                                                               :
       v.                                                      :
                                                               :
MHR CAPITAL PARTNERS, L.P.,                                    :
MHR INSTITUTIONAL PARTNERS, L.P.,                              :
MHRM, L.P., and MHR FUND MANAGEMENT LLC,                       :
                                                               :
            Defendants.                                        :
---------------------------------------------------------------X
MHR CAPITAL PARTNERS, L.P.,                                    :
MHR INSTITUTIONAL PARTNERS, L.P.,                              :
and MHRM, L.P.,                                                :    Case No. 1:05-CV-00115-KAJ
                                                               :
            Third-Party Plaintiffs,                            :
                                                               :
       v.                                                      :
                                                               :
N.E.S. INVESTMENT COMPANY, *et al.*,                           :
                                                               :
            Third-Party Defendants.                            :
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Barbara J. Rost, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC in the above-

460.001-9555.DOC

referenced cases, and on the 4th day of October, 2005, she caused a copy of the following document:

### REQUEST FOR ORAL ARGUMENT

to be served upon the following parties via facsimile:

| NAME | COMPANY | PHONE NUMBER | FACSIMILE NUMBER |
|---|---|---|---|
| Frederick B. Rosner, Esq. | Jaspan Schlesinger Hoffman | 302-351-8005 | 302-351-8010 |
| H. Jeffrey Schwartz, Esq. | Benesch, Friedlander, Coplan & Arronoff | 216-363-4500 | 216-363-4588 |
| Jeffrey D. Ubersax | Jones Day | 216-586-3939 | 216-579-0212 |
| Charles W. Zepp | Porter Wright Morris & Arthur | 216-443-9000 | 216-443-9011 |
| John D. Parker | Baker & Hostetler | 216-621-0200 | 216-696-0740 |
| Thomas S. Kilbane | Squire Sanders & Dempsey | 216-479-8500 | 216-479-8780 |
| Jeffrey C. Wisler | Connolly Bove Lodge & Hutz | 302-888-6258 | 302-658-0380 |
| Ray Lemisch | Adelman Levine Gold & Levin | 302-654-8200 | 302-654-8217 |
| David B. Stratton | Pepper Hamilton | 302-777-6566 | 302-421-8390 |
| Lawrence C. Ashby | Ashby & Geddes | 302-654-1888 | 302-654-2067 |

_Barbara J. Rost_
Barbara J. Rost

SWORN TO AND SUBSCRIBED before me this 4th day of October, 2005.

_Cathy G. Adams_
Notary Public
My Commission Expires: _____

CATHY A. ADAMS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires March 5, 2006

460.001-9555.DOC