IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| BLAKE OF CHICAGO CORP., et al., ) | Case No. 04-12002 (CGC) |
| Debtors. ) | Jointly Administered |
| _____ ) | |
| A.B. DICK COMPANY and PARAGON ) | |
| CORPORATE HOLDINGS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-116-KAJ |
| ) | |
| MHR CAPITAL PARTNERS, L.P., MHR ) | |
| INSTITUTIONAL PARTNERS, L.P., ) | |
| MHRM, L.P., and MHR FUND ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| MHR CAPITAL PARTNERS, L.P., MHR ) | |
| INSTITUTIONAL PARTNERS, L.P., and ) | |
| MHRM, L.P., ) | |
| ) | |
| Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-115-KAJ |
| ) | |
| N.E.S. INVESTMENT COMPANY, et al., ) | |
| ) | |
| Third-Party Defendants. ) | |

## **ORDER**

Oral argument on the pending motions to dismiss in the above captioned actions will be heard on **November 14, 2005** beginning at 9:30 a.m. and concluding at

10:30 a.m. in courtroom 6-A, 6th Fl., J. Caleb Boggs Federal Building, Wilmington, Delaware.

                                                                                      /s/ Kent A. Jordan
                                                                      UNITED STATES DISTRICT JUDGE

October 5, 2005
Wilmington, Delaware