# LANDIS RATH & COBB LLP

### A LIMITED LIABILITY PARTNERSHIP
### ATTORNEYS AT LAW

919 MARKET STREET, SUITE 600
P.O. BOX 2087
WILMINGTON, DELAWARE 19899
www.lrclaw.com

Megan N. Harper
Direct Dial: 302.467.4416
Email: harper@lrclaw.com

Telephone: 302.467.4400
Facsimile: 302.467.4450

November 2, 2005

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:    **A.B. Dick Company, _et al._, v MHR Capital Partners, _et al._,**
**District Court Case No. 1:05-CV-00116-KAJ**
**MHR Capital Partners LP _et al._, v. N.E.S. Investment Company, _et al._,**
**District Court Case No. 1:05-CV-00115-KAJ**

Dear Judge Jordan:

Pursuant to the Court's October 5, 2005 Order, oral argument on the pending motions to dismiss in the above-captioned actions is scheduled for November 14, 2005. However, only MHR Capital Partners LP, MHR Institutional Partners LP, MHRM LP and MHR Fund Management LLC's (collectively, "MHR") Motion to Dismiss, or In the Alternative, for Summary Judgment, on Counts II and III of the Amended Complaint (the "MHR Motion to Dismiss") in District Court Case No. 05-00116 is ready for oral argument. In addition, MHR's Request for Oral Argument sought oral argument before the Court with regard to MHR's Motion to Dismiss.

Pursuant to the Stipulation and Order Staying Third-Party Action and Extending the Time Within Which the Third-Party Plaintiffs Must Respond to Certain Motions Filed by the Third-Party Defendants or, in the Alternative, Dismissing the Third-Party Action [D.I. 5] all matters in District Court Case No. 05-00115 are stayed pending a determination and entry of a final, non-appealable order with respect to the matters before the Court in District Court Case No. 05-00116.

460.001-9880.DOC

The Honorable Kent A. Jordan
United States District Court
November 2, 2005
Page 2

MHR apologizes for any confusion caused by their Request for Oral Argument.

Very truly yours,

Megan N. Harper

MNH:bjr

cc:     *(Via Facsimile)*
        Frederick B. Rosner, Esquire          Jeffrey Schwartz, Esquire
        Jeffrey D. Ubersax, Esquire           Jeffrey C. Wisler, Esquire
        Charles W. Zepp, Esquire              Ray Lemisch, Esquire
        John D. Parker, Esquire               David B. Stratton, Esquire
        Thomas S. Kilbane, Esquire            Lawrence C. Ashby, Esquire

460.001-9880.DOC