IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| BLAKE OF CHICAGO CORP., et al., ) | |
| ) | Case No. 04-12002 (CGC) |
| Debtors. ) | |
| _____ ) | Jointly Administered |
| A.B. DICK COMPANY and PARAGON ) | |
| CORPORATE HOLDINGS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-116-KAJ |
| ) | |
| MHR CAPITAL PARTNERS, L.P., MHR ) | |
| INSTITUTIONAL PARTNERS, L.P., ) | |
| MHRM, L.P., and MHR FUND ) | |
| MANAGEMENT LLC, ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons set forth by the Court during the oral argument on November 14, 2005,

IT IS HEREBY ORDERED that defendants' motion to dismiss, or in the alternative, for summary judgment on counts II and III of the amended complaint (Bankruptcy Court D.I. 80) is DENIED as to the motion to dismiss and DENIED WITHOUT PREJUDICE as to the motion for summary judgment.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

November 14, 2005
Wilmington, Delaware