## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

December 29, 2005

Frederick B. Rosner, Esq.
Jaspen Schlesinger Hoffman
1201 N. Orange Street - #1001
Wilmington, DE  19801

James C. Carignan, Esq.
Pepper Hamilton LLP
1313 N. Market Street - #5100
Wilmington, DE  19801

Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 Market Street - #600
Wilmington, DE  19801

Raymond H. Lemisch, Esq.
Adelman, Lavine, Gold & Levin
919 N. Market Street - #710
Wilmington, DE  19801

Jeffrey C. Wisler, Esq.
Connolly, Bove, Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801

David B. Stratton, Esq.
Pepper Hamilton LLP
1313 N. Market Street - #5100
Wilmington, DE  19801

Philip Trainer, Jr., Esq.
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801

Re:  A.B. Dick Company, et al. v. MHR Capital Partners, L.P., et al.
     Civil Action No. 05-116-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date

Frederick B. Rosner, Esq.
Richard S. Cobb, Esq.
Jeffery C. Wisler, Esq.
Philip Trainer, Jr., Esq.
James C. Carignan, Esq.
Raymond H. Lemisch, Esq.
David B. Stratton, Esq.
Page 2
December 29, 2005

of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                                                Very truly yours,

                                                Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court