IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>BLAKE OF CHICAGO CORP., et al.,<br><br>　　　　　　Debtors.<br>_____<br>A.B. DICK COMPANY and PARAGON CORPORATE HOLDINGS, INC.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MHR CAPITAL PARTNERS, L.P., MHR INSTITUTIONAL PARTNERS, L.P., MHRM, L.P., and MHR FUND MANAGEMENT LLC,<br><br>　　　　　　Defendants.<br>_____<br>MHR CAPITAL PARTNERS, L.P., MHR INSTITUTIONAL PARTNERS, L.P., and MHRM, L.P.,<br><br>　　　　　　Third-Party Plaintiffs,<br><br>　　v.<br><br>N.E.S. INVESTMENT COMPANY, et al.,<br><br>　　　　　　Third-Party Defendants. | )<br>)　Chapter 11<br>)<br>)　Case No. 04-12002 (CGC)<br>)<br>)　Jointly Administered<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-116-KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-115-KAJ<br>)<br>)<br>) |

**ORDER**

At Wilmington this **7th** day of **November, 2006,**

IT IS ORDERED that the parties shall submit a joint status report to the court on or before November 15, 2006.

                                                              _____
                                                              UNITED STATES DISTRICT JUDGE