IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------X |  |  |
| In re | : | Chapter 11 |
|  | : |  |
| BLAKE OF CHICAGO CORP., *et al.*, | : | Case No. 04-12002 (KJC) |
|  | : |  |
| Debtors. | : | Jointly Administered |
| ------------------------------------------------------------X |  |  |
| A.B. DICK COMPANY and | : |  |
| PARAGON CORPORATE HOLDINGS, INC., | : |  |
|  | : | Case No. 1:05-CV-00116-KAJ |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| MHR CAPITAL PARTNERS, L.P., | : |  |
| MHR INSTITUTIONAL PARTNERS, L.P., | : |  |
| MHRM, L.P., and MHR FUND MANAGEMENT LLC, | : |  |
|  | : |  |
| Defendants. | : |  |
| ------------------------------------------------------------X |  |  |
| MHR CAPITAL PARTNERS, L.P., | : |  |
| MHR INSTITUTIONAL PARTNERS, L.P., | : |  |
| and MHRM, L.P., | : | Case No. 1:05-CV-00115-KAJ |
|  | : |  |
| Third-Party Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| N.E.S. INVESTMENT COMPANY, *et al.*, | : |  |
|  | : |  |
| Third-Party Defendants. | : |  |
| ------------------------------------------------------------X |  |  |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1), the undersigned parties hereby stipulate and agree that the

1435158

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **THE BAYARD FIRM** |
| */s/ Richard S. Cobb* | */s/ Jeffrey M. Schlerf* |
| Richard S. Cobb (DE Bar No. 3157) | Jeffrey M. Schlerf (No. 3047) |
| Rebecca L. Butcher (DE Bar No. 3816) | Mary E. Augustine (No. 4477) |
| James S. Green, Jr. (DE Bar No. 4406) | 222 Delaware Avenue, 9th FloorSuite 1200 |
| 919 Market Street, Suite 600 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19801 | Telephone: (302) 655-5000 |
| Telephone: (302) 467-4400 | Facsimile: (302) |
| Facsimile: (302) 467-4450 | |
| | - and - |
| - and - | |
| | **McGUIREWOODS LLP** |
| **KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP** | James H. Joseph |
| Michael M. Fay | Michael M. Schmahl |
| 1633 Broadway | 77 West Wacker Drive, Suite 4400 |
| New York, New York 10019 | Chicago, Illinois 60601-1681 |
| Telephone: (212) 506-1700 | Telephone: (312) 849-8100 |
| Facsimile: (302) 506-1800 | Facsimile: (312) 849-3690 |
| | |
| Counsel to Defendant/Third Party Plaintiff MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR MANAGEMENT LLC | Counsel to Plaintiff BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.* |
| | |
| Dated: November __, 2006 | Dated: November __, 2006 |
| | |
| **ASHBY & GEDDES** | **ADELMAN LAVINE GOLD AND LEVIN** |
| | |
| Lawrence C. Ashby (ID No. 468) | Ray Lemisch (ID No. 4204) |
| Philip Trainer, Jr. (ID No. 2788) | 919 Market Street, Suite 710 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Telephone: (302) 654-8200 |
| Telephone: (302) 654-1888 | |
| Facsimile: (302) 654-2067 | -and- |

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **THE BAYARD FIRM** |
| _____ | _____ |
| Richard S. Cobb (DE Bar No. 3157)<br>Rebecca L. Butcher (DE Bar No. 3816)<br>James S. Green, Jr. (DE Bar No. 4406)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 | Jeffrey M. Schlerf (No. 3047)<br><br>Mary E. Augustine (No. 4477)<br>222 Delaware Avenue, 9th FloorSuite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) |
| - and - | - and - |
| **KASOWITZ, BENSON, TORRES<br>& FRIEDMAN, LLP**<br>Michael M. Fay<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (302) 506-1800 | **McGUIREWOODS LLP**<br>James H. Joseph<br>Michael M. Schmahl<br>77 West Wacker Drive, Suite 4400<br>Chicago, Illinois 60601-1681<br>Telephone: (312) 849-8100<br>Facsimile: (312) 849-3690 |
| Counsel to Defendant/Third Party Plaintiff<br>MHR CAPITAL PARTNERS LP, MHR<br>INSTITUTIONAL PARTNERS LP, MHRM<br>LP AND MHR MANAGEMENT LLC | Counsel to Plaintiff<br>BLAKE OF CHICAGO, CORP., *et al.*,<br>f/k/a A.B. DICK COMPANY, *et al.* |
| Dated: November __, 2006 | Dated: November __, 2006 |
| **ASHBY & GEDDES** | **ADELMAN LAVINE GOLD AND LEVIN**<br>*/s/ signature/* |
| _____ | _____ |
| Lawrence C. Ashby (ID No. 468)<br>Philip Trainer, Jr. (ID No. 2788)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>-and- |

above-captioned action is DISMISSED with prejudice in its entirety, with each party to bear its own costs.

| | |
|---|---|
| **LANDIS RATH & COBB LLP** | **THE BAYARD FIRM** |
| | |
| Richard S. Cobb (DE Bar No. 3157)<br>Rebecca L. Butcher (DE Bar No. 3816)<br>James S. Green, Jr. (DE Bar No. 4406)<br>919 Market Street, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 | Jeffrey M. Schlerf (No. 3047)<br><br>Mary E. Augustine (No. 4477)<br>222 Delaware Avenue, 9th FloorSuite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) |
| - and - | - and - |
| **KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP**<br>Michael M. Fay<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (302) 506-1800 | **McGUIREWOODS LLP**<br>James H. Joseph<br>Michael M. Schmahl<br>77 West Wacker Drive, Suite 4400<br>Chicago, Illinois 60601-1681<br>Telephone: (312) 849-8100<br>Facsimile: (312) 849-3690 |
| Counsel to Defendant/Third Party Plaintiff MHR CAPITAL PARTNERS LP, MHR INSTITUTIONAL PARTNERS LP, MHRM LP AND MHR MANAGEMENT LLC | Counsel to Plaintiff BLAKE OF CHICAGO, CORP., *et al.*, f/k/a A.B. DICK COMPANY, *et al.* |
| Dated: November __, 2006 | Dated: November __, 2006 |
| **ASHBY & GEDDES**<br><br>Lawrence C. Ashby (ID No. 468)<br>Philip Trainer, Jr. (ID No. 2788)<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 654-1888<br>Facsimile: (302) 654-2067 | **ADELMAN LAVINE GOLD AND LEVIN**<br><br>Ray Lemisch (ID No. 4204)<br>919 Market Street, Suite 710<br>Wilmington, DE 19801<br>Telephone: (302) 654-8200<br><br>-and- |

-and-

**SQUIRE SANDERS & DEMPSEY, LLP**
Thomas S. Kilbane
Joseph C. Weinstein
4900 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780

Counsel to Third-Party Defendant Squire, Sanders & Dempsey, LLP

Dated: November __, 2006

**CONNOLLY BOVE LODGE & HUTZ LLP**

_____/s/_____
Jeffrey C. Wisler (ID No. 2795)
Marc J. Phillips (ID No 4445)
The Nemours Building
1007 N. Orange Street, 9th Floor
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Telefax: (302) 658-0380

-and-

**JONES DAY**
Jeffery D. Ubersax
North Point, 901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Telefax: (216) 579-0212

Counsel for Third-Party Defendant
Brown, Gibbons, Lang & Company

Dated: November 15, 2006

**PORTER WRIGHT MORRIS & ARTHUR LLP**
Hugh E. McKay
Charles W. Zepp
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115
Telephone: (216) 443-9000
Facsimile: (216) 443-9011

Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr.

Dated: November ____, 2006

**PEPPER HAMILTON LLP**

_____
David B. Stratton (ID No. 960)
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19899

-and-

**BAKER & HOSTETLER LLP**

John D. Parker
Brett A. Wall
James A. Slater
1900 East 9th Street
3200 National City Center
Cleveland, OH 44114
Telephone: (216) 621-0200
Telefax: (216) 696-0740

Counsel for Third-Party Defendant
N.E.S. Investment Company

Dated: November __, 2006

3

-and-

| | |
|---|---|
| **SQUIRE SANDERS & DEMPSEY, LLP**<br>Thomas S. Kilbane<br>Joseph C. Weinstein<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br><br>Counsel to Third-Party Defendant Squire, Sanders & Dempsey, LLP<br><br>Dated: November __, 2006 | **PORTER WRIGHT MORRIS & ARTHUR LLP**<br>Hugh E. McKay<br>Charles W. Zepp<br>925 Euclid Avenue, Suite 1700<br>Cleveland, OH 44115<br>Telephone: (216) 443-9000<br>Facsimile: (216) 443-9011<br><br>Counsel to Third Party Defendants Robert J. Tomsich; John H. Fountain; John R. Tomsich; Frank D. Zaffino; Gregory T. Knipp; James W. Wert; Donald Hastings; and John Kahl, Jr.<br><br>Dated: November ____, 2006 |
| **CONNOLLY BOVE LODGE & HUTZ LLP**<br><br>_____<br>Jeffrey C. Wisler (ID No. 2795)<br>Marc J. Phillips (ID No 4445)<br>The Nemours Building<br>1007 N. Orange Street, 9th Floor<br>P.O. Box 2207<br>Wilmington, DE 19899<br>Telephone:   (302) 658-9141<br>Telefax:        (302) 658-0380<br><br>-and-<br><br>**JONES DAY LLP**<br>Jeffery D. Ubersax<br>North Point, 901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone:   (216) 586-3939<br>Telefax:        (216) 579-0212<br><br>Counsel for Third-Party Defendant Brown, Gibbons, Lang & Company<br><br>Dated: November __, 2006 | **PEPPER HAMILTON LLP**<br><br>*/s/ David B. Stratton*<br>David B. Stratton (ID No. 960)<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19899<br><br>-and-<br><br>**BAKER & HOSTETLER LLP**<br><br>John D. Parker<br>Brett A. Wall<br>James A. Slater<br>1900 East 9th Street<br>3200 National City Center<br>Cleveland, OH 44114<br>Telephone: (216) 621-0200<br>Telefax: (216) 696-0740<br><br>Counsel for Third-Party Defendant N.E.S. Investment Company<br><br>Dated: November __, 2006 |

3